UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN BULO SCHUTT,<br><br>             Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:25-cv-00264-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 11) |

Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from May 28, 2025, to July 28, 2025. (Doc. 11).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **July 28, 2025**. The time for filing a response and any optional reply brief remains as set by the scheduling order. *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated: __**May 7, 2025**__

                                                                       UNITED STATES MAGISTRATE JUDGE